IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| v. | § | 1:24-cr-00008-SH |
| | § | |
| MICHAEL GOINS, JR.<br>*Defendant* | §<br>§<br>§ | |

### Order On Request for Incarceration in County of Residence

On January 26, 2024, the defendant was adjudged guilty of Simple Assault on an Aircraft, in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1), and sentenced to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 6 months. Dkt. 17. On January 30, 2024, the defendant filed a request to serve his sentence at the Maury County Jail in Columbia, Tennessee, operated by the Maury County Sheriff's Office.

Because the Maury County Jail is not a contract facility for the Bureau of Prisons, the Request for Incarceration in County of Residence (Dkt. 20) is **DENIED**. The Court recommends to the Bureau of Prisons that the defendant be designated to an appropriate federal facility as close to the Columbia, Tennessee area as possible.

**SIGNED** February 5, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE